UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**LEONARD C. RHODES (#128585)**

**VERSUS**

**LT. FREDDIE JACKSON**

**CIVIL ACTION**

**NO. 12-0194-BAJ-DLD**

**RULING**

The Court has carefully considered the motions, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Docia L. Dalby dated July 9, 2012 (doc. 10) to which no opposition has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the Defendant's Motion to Set Aside Clerk's Entry of Default, rec.doc.no. 15, is granted, vacating and setting aside the default entered herein on June 5, 2012, and this matter is referred back for further proceedings.

Baton Rouge, Louisiana, August 29, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA